UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                                                       CHAPTER 13 PROCEEDINGS

THOMAS MARTIN                            CASE NUMBER: 04-21926
HEATHER MARTIN                         HON: DANIEL S OPPERMAN
                Debtor(s).
_____/

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN US REGISTRY**

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $10.17 for deposits in the U. S. Registry as evidenced by the attached Check No. 250404 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on February 28, 2010 on behalf of the following creditor:

      February 28, 2010     $10.17    AFNI/Verizon

      Creditor has failed to cash check and not able to contact them by phone, letters have not been answered.

Date: July 30, 2010                                       /s/ Thomas W McDonald
                                                            Thomas W McDonald, Jr.
                                                            Chapter 13 Trustee
                                                            3144 Davenport Ave
                                                            Saginaw Mi 48602
                                                            Telephone (989) 792-6766
                                                            ecf@mcdonald13.org